# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| McHENRY EVANS, JR. | CIVIL ACTION NO. 16-0662 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BAC HOME LOAN SERVICING, LP, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 13) is **GRANTED** and this case is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana, where it was pending as Case No. 592,275-A. The parties are directed to file with the state court, within 30 days, any answers or other pleadings that were filed with this court.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 31st day of January, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE